

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00535-CR

Jason David **KIMBALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10002
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 11, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice